7070. CRAWFORD COUNTY BANK v. BRITT-HIGHTOWER CO.

WADE, J. 1. From the judgment of a magistrate on a rule to require a constable to show cause at a regular term of a justice's court why he should not pay over to a lien creditor funds in his hands, arising from the sale of personal property under and by virtue of a mortgage execution, when another creditor intervenes and claims the fund by virtue of a lien alleged to be superior, an appeal to a jury in the superior court will lie, where the amount involved exceeds $50, regardless of whether the questions for determination be of law or fact, except in cases where the effect of the magistrate's ruling is to dismiss the case and thus leave no case for appeal. *Toole* v. *Edmondson*, 104 *Ga.* 776, 784 (8) (31 S. E. 25); Civil Code, §§ 5346, 5348. See also Civil Code, § 4998.

2. The judge of the superior court did not err in striking the intervention filed by one claiming the fund in the hands of the officer by virtue of a mortgage covering the same property, and of older date, executed by a person other than the defendant. Section 3274 of the Civil Code applies only where both the contesting mortgages are given by the same person on the same property. *Pasley* v. *Beland*, 111 *Ga.* 828. One claiming property under levy can not defeat the plaintiff in execution by setting up outstanding title in a third person; and it is equally true that one claiming funds by intervention in a rule to distribute money, derived from the sale of property under execution, can not support such a claim by showing that title to the property was vested in some person other than the defendant in execution. See *Parker* v. *Mathews*, 106 *Ga.* 51 (3 S. E. 784); *Robinson* v. *Schly*, 6 *Ga.* 516; *Stirks* v. *Johnson*, 99 *Ga.* 298 (25 S. E. 648); *Oatts* v. *Wilkins*, 110 *Ga.* 319 (35 S. E. 345); *Burt* v. *Rubley*, 113 *Ga.* 1144 (39 S. E. 409).

*Judgment affirmed.* *Russell, C. J., absent.*
DECIDED APRIL 17, 1916.

Appeal; from Crawford superior court—Judge Mathews. May 7, 1915.

*W. J. Wallace, R. C. LeSeuer,* for plaintiff in error.
*James R. Davis,* contra.

———

7083. WOOTTEN v. CAIN.

WADE, J. In the state of the record the judge did not err in declining to sanction the certiorari. *Judgment affirmed.* *Russell, C. J., absent.*
DECIDED APRIL 17, 1916.

Certiorari; from Fulton superior court—Judge Bell. October 7, 1915.

*Watt Kelly,* for plaintiff in error.
*D. K. Johnston,* contra.